# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 8, 2015

## NO. 03-14-00626-CV

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and Ken Paxton, Attorney General of the State of Texas, Appellants**

**v.**

**Budget PrePay, Inc., Appellee**

## APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
## DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on August 18, 2014. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.